CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 0 6 2006

JOHN F. CORCORAN, CLERK
BY: H.McDermott
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JEFFREY MITCHELL,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:06-cv-00318 |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **M. JUSTUS,** | ) | **By: Hon. Jackson L. Kiser** |
| **Defendant.** | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); all other

pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active

docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This _6th_ day of June, 2006.

Jackson L. Kiser
Senior United States District Judge